NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SAM KAZRAN a/k/a Sam Khazrwan,    )
    )
    Appellant,    )
    )
v.    )    Case No. 2D15-80
    )
VERNON G. BUCHANAN; 1099    )
MANAGEMENT COMPANY, LLC, a Florida )
limited liability company; and JOHN    )
TOSCH,    )
    )
    Appellees.    )
_____)

Opinion filed June 22, 2018.

Appeal from the Circuit Court for Sarasota
County; Peter A. Dubensky, Judge.

Dineen Pashoukos Wasylik of DPW Legal,
Tampa, for Appellant.

Charles J. Bartlett and Mark C. Dungan of
Icard, Merrill, Cullis, Timm, Furen &
Ginsburg, P.A., Sarasota, for Appellees.


PER CURIAM.


          Affirmed.


CASANUEVA and BADALAMENTI, JJ., and LEE, LAUREL M., ASSOCIATE JUDGE,
Concur.